# EXHIBIT 1

# EXHIBIT 1

# LAS VEGAS REVIEW-JOURNAL
## reviewjournal.com

March 10, 2010
Copyright © Las Vegas Review-Journal

## Earth hour

Jennifer Robison LAS VEGAS REVIEW-JOURNAL

By JENNIFER ROBISON

LAS VEGAS REVIEW-JOURNAL

The Strip will go dark the evening of March 27, as the annual **Earth Hour** event comes to Las Vegas for a second year.

The World Wildlife Fund's **Earth Hour**, designed to raise global awareness of climate change, will roll across the world and reach the Strip at 8:30 local time, when high-profile hotel-casinos and government agencies plan to dim or turn off their exterior lights for 60 minutes.

Leslie Aun, **Earth Hour**'s managing director, said Las Vegas' participation as an **Earth Hour** flagship city in 2009 proved "critical" to advancing the event and its popularity. Unlike turning off the Eiffel Tower — the real one, in Paris — or Mount Rushmore, blacking out the Strip and surrounding areas requires the cooperation of myriad business executives and public officials, Aun said. That makes Las Vegas an ideal representation of what **Earth Hour** is all about.

"Las Vegas is a great metaphor for what we're trying to do across the country, which is to get everyone to participate, instead of a place here and there," Aun said. "Las Vegas was a pretty big momentum builder last year."

The World Wildlife Fund unveiled its local plans for **Earth Hour** 2010 at a Tuesday press conference.

Las Vegas Mayor Oscar Goodman and Clark County Commissioner Larry Brown attended the event, held underneath the "Welcome to Fabulous Las Vegas" sign at the Strip's south end.

Goodman called **Earth Hour** "a perfect fit for the city and its sustainability initiative."

Goodman asked businesses and residents across the Las Vegas Valley to join resort operators and government agencies in celebrating **Earth Hour**.

So far, Boyd Gaming Corp., Harrah's Entertainment, Las Vegas Sands Corp., MGM Mirage and Wynn Resorts Ltd. have all said they'll flip off the switch outside all their local properties. Trump International, Treasure Island, the Imperial Palace, the Stratosphere, the Tropicana, the Sahara, the Riviera and Fashion Show also plan to participate. Off the Strip, the Las Vegas Springs Preserve, the city of Las Vegas, the Las Vegas Convention Center and Clark County have all said they'll go dark for the **hour**.

During 2009's **Earth Hour**, demand for power in Las Vegas fell by 65 megawatts, or 3 percent, local power utility NV Energy reported shortly after the event.

**Earth Hour** 2010 comes as polls show waning concern about climate change. A 2009 Pew survey placed global warming at No. 20, in last place on a list of Americans' top concerns. In October, Pew found a 14 percentage-point drop in the share of Americans who say there's solid evidence the planet is warming. A 2009 Gallup poll posted similar findings, with sizable declines in the number of Americans who reported seeing signs of a hotter planet. Controversies related to

climate-change science, including e-mails that appear to reveal scientists tampering with temperature data and the reversal of United Nations reports on melting Himalayan glaciers and rising sea levels in Europe, haven't helped the cause.

But Aun said she sees increased interest in sending a message about climate change. The number of state governments that say they'll take official part in **Earth Hour** has tripled, from seven in 2009 to 21 now. **Earth Hour** has already secured commitments from 92 countries, up from 88 a year ago. And organizers are still booking participants.

So even though acute concerns such as the economy and job security might be top-of-mind for most Americans these days, Aun said, **Earth Hour** shows that people still worry about the fate of the planet. Plus, there's something in the event for everyone, she said.

"It's inspirational, fun and engaging. Whether climate change is the most important issue to you, everybody supports the notion of being more energy-efficient, being less dependent on foreign sources of energy, creating green jobs and having America continue to be a leader in economic growth based on green businesses," she said. "We're about people coming together. America has always been a leader in solving tough problems."

Contact reporter Jennifer Robison at jrobison @reviewjournal.com or 702-380-4512.

# EXHIBIT 2

EXHIBIT 2




| Home | Subscribe Today! | Winning Tips | The Magazine | Sports Odds | Lotto | Concert Calendar | Property Directory | Contact Us |

**E-Newsletter Subscription**

Your email address
[Sign Up]

**Search this site**

Search this site
[Search]











« 'Legends in Concert,' World's Largest Live Celebrity Tribute Show Comes to Sam's Town Tunica April 15-18

Bracket Pools for March Madness Could Be Illegal »

## Las Vegas Strip to Go Dark



For the second year in a row, the high profile Las Vegas strip will take part in the global climate awareness day event known as Earth hour. In a rolling hour across the globe, the "earth hour" will hit the Vegas strip about 8:30 local time, where many building plan to dim or completely cut their exterior lights. Las Vegas' participation in this event has been touted as vastly furthering its popularity.

LAS VEGAS, Nevada — The Strip will go dark the evening of March 27, as the annual Earth Hour event comes to Las Vegas for a second year.

The World Wildlife Fund's Earth Hour, designed to raise global awareness of climate change, will roll across the world and reach the Strip at 8:30 local time, when high-profile hotel-casinos and government agencies plan to dim or turn off their exterior lights for 60 minutes.

Leslie Aun, Earth Hour's managing director, said Las Vegas' participation as an Earth Hour flagship city in 2009 proved "critical" to advancing the event and its popularity. Unlike turning off the Eiffel Tower — the real one, in Paris — or Mount Rushmore, blacking out the Strip and surrounding areas requires the cooperation of myriad business executives and public officials, Aun said. That makes Las Vegas an ideal representation of what Earth Hour is all about.

"Las Vegas is a great metaphor for what we're trying to do across the country, which is to get everyone to participate, instead of a place here and there," Aun said. "Las Vegas was a pretty big momentum builder last year."

The World Wildlife Fund unveiled its local plans for Earth Hour 2010 at a Tuesday press conference.

Las Vegas Mayor Oscar Goodman and Clark County Commissioner Larry Brown attended the event, held underneath the "Welcome to Fabulous Las Vegas" sign at the Strip's south end.

Goodman called Earth Hour "a perfect fit for the city and its sustainability initiative."

Goodman asked businesses and residents across the Las Vegas Valley to join resort operators and government agencies in celebrating Earth Hour.

So far, Boyd Gaming Corp., Harrah's Entertainment, Las Vegas Sands Corp., MGM Mirage and Wynn Resorts Ltd. have all said they'll flip off the switch outside all their local properties. Trump International, Treasure Island, the Imperial Palace, the Stratosphere, the Tropicana, the Sahara, the Riviera and Fashion Show also plan to participate. Off the Strip, the Las Vegas Springs Preserve, the city of Las Vegas, the Las Vegas Convention Center and Clark County have all said they'll go dark for the hour.

During 2009's Earth Hour, demand for power in Las Vegas fell by 65 megawatts, or 3 percent, local power utility NV Energy reported shortly after the event.

Earth Hour 2010 comes as polls show waning concern about climate change. A 2009 Pew survey placed global warming at No. 20, in last place on a list of Americans' top concerns. In October, Pew found a 14

**In this issue**



Read the digital version

2010 Slot Guide

**Hot Spots**

 Giveaways

 Lotto Results

 Jackpot Winners & Casino Images

 Sports Odds

 Southern Gaming Events

 Concert Calendar

 Get Comps

**What is your method for picking a winning horse?**
○ Tip sheets and expert analysis
○ Study the race form prior to going to the track
○ Study throughout the day at the track
○ No work-I go by the color or lucky numbers
Add an Answer










percentage-point drop in the share of Americans who say there's solid evidence the planet is warming. A 2009 Gallup poll posted similar findings, with sizable declines in the number of Americans who reported seeing signs of a hotter planet. Controversies related to climate-change science, including e-mails that appear to reveal scientists tampering with temperature data and the reversal of United Nations reports on melting Himalayan glaciers and rising sea levels in Europe, haven't helped the cause.

But Aun said she sees increased interest in sending a message about climate change. The number of state governments that say they'll take official part in Earth Hour has tripled, from seven in 2009 to 21 now. Earth Hour has already secured commitments from 92 countries, up from 88 a year ago. And organizers are still booking participants.

So even though acute concerns such as the economy and job security might be top-of-mind for most Americans these days, Aun said, Earth Hour shows that people still worry about the fate of the planet. Plus, there's something in the event for everyone, she said.

"It's inspirational, fun and engaging. Whether climate change is the most important issue to you, everybody supports the notion of being more energy-efficient, being less dependent on foreign sources of energy, creating green jobs and having America continue to be a leader in economic growth based on green businesses," she said. "We're about people coming together. America has always been a leader in solving tough problems."

This article appears as it was originally reported on casinocitytimes.com

Posted March 17th, 2010 under Gaming News. Tags: Boyd Gaming Corp., Earth Hour, Harrah's Entertainment, Las Vegas Sands Corp., Las Vegas Strip, Leslie Aun, MGM Mirage, Oscar Goodman, World Wildlife Fund, Wynn Resorts Ltd
RSS 2.0 feed. Leave a response, or trackback.

## Leave a Reply

Name

Mail (will not be published)

Website

Submit Comment


View Results















Copyright © 2010, Southern Gaming and Destinations. ALL RIGHTS RESERVED.
Southern Gaming and Destinations Magazine encourages you to gamble responsibly. If you or someone you know has a gambling problem, please call 1-888-777-9696. In addition, the information and content on this web-site is for informational purposes only and not to be used in violation of any federal, state or local laws.
Subscribe to RSS Feed




# EXHIBIT 3

# EXHIBIT 3



Home    Subscribe Today!    Winning Tips    The Magazine    Sports Odds    Lotto    Concert Calendar    Pro



« Las Vegas: $48 rooms at Hard Rock Hotel & Casino

Tropicana on track to exit bankruptcy »

# Isle of Capri could run Station Casinos



LAS VEGAS, Nevada — Regional gaming operator Isle of Capri Casinos could become the manager of at least four Station Casinos-owned properties through an agreement reached with one of the bankrupt company's lenders.

A spokeswoman for St. Louis-based Isle of Capri said Wednesday that the company would operate Red Rock Resort, Palace Station, Boulder Station and Sunset Station if the U.S. Bankruptcy Court in Reno rejects Station Casinos' restructuring plans.

Discussions between Deutsche Bank and Isle of Capri were first reported by Debtwire.com in December.

Isle of Capri spokeswoman Jill Haynes said the company, which owns casinos in Colorado, Florida, Iowa, Louisiana, Mississippi and Missouri, "has an agreement with the lenders for assistance if the lenders have to take over the assets."

No terms of the agreement were revealed.

Station Casinos, which filed for





Chapter 11 bankruptcy protection in August, has until the end of March to file a plan of reorganization with the bankruptcy court.

As part of Station Casinos' 2007 buyout, the company agreed to lease the four casinos for $250 million per year from a subsidiary holding $2.5 billion in debt. Before the bankruptcy filing, part of the $250 million payment was used to pay debt, with the excess cash returning to the parent company.

In December, U.S. Bankruptcy Judge Gregg Zive approved a new lease agreement for the four hotel-casinos, reducing Station Casinos' monthly rent payments by nearly $23 million through February, giving the gaming company and its lenders more time to negotiate a restructuring plan.

If new agreements and a restructuring plan are not prepared by March, Station Casinos could lose control of Red Rock Resort, Sunset Station, Boulder Station and Palace Station to the lenders or another buyer.

Sources said the agreement covers Deutsche Bank if the entity gains control of the four properties. A spokesman for Deutsche Bank was unavailable for comment.

Isle of Capri owned the downtown Lady Luck early last decade but sold its stake in the now-closed casino almost nine years ago.

The company was delicensed by Nevada gaming regulators at the time. Last year, Isle of Capri bought a small stake in a Fernley gaming company and filed a licensing application with the state. Gaming Control Board Chairman Dennis Neilander said Wednesday that Isle of Capri is about three-quarters of the way through the licensing process.

On Tuesday, Isle of Capri signed an agreement to manage the bankrupt Greektown Casino in Detroit. Under the agreement, the company would earn a management fee of $200,000 a month for six months and $250,000 per month thereafter.

In November, Isle of Capri President and Chief Operating Officer Virginia





McDowell told the Las Vegas Review-Journal the company was exploring casino management opportunities in Las Vegas and other markets. She said bankruptcy and other financial dealings could disrupt ownership in several casinos.

"We're putting ourselves out there as a stable and experienced team that could come in and operate on a two- or three-year basis," McDowell said.

Isle of Capri owns 14 casinos, including riverboats and racetracks, as well as casinos in the United Kingdom and Bahamas.

Susquehanna Financial Group gaming analyst Robert LaFleur said the Detroit deal and the possible Station Casinos move would provide positive cash flow to Isle of Capri without any additional strain on the company's financial resources.

"We view the Detroit news, coupled with the (Station Casinos) report, as positive developments toward Isle's stated goal of expanding its management and branding efforts, improving cash flow, and strengthening the balance sheet," LaFleur said in a note to investors.

Station Casinos carries some $6.8 billion in debt.

The Isle of Capri agreement is separate from an offer made last month by Boyd Gaming Corp. to acquire Station Casinos 18 properties, land holdings and other assets for $2.45 billion in cash and assumed debt.

7 January 2010

By Howard Stutz

This aticle appears as it was reported on casinocitytimes.com

> Posted January 11th, 2010 under Gaming News. Tags: Bankruptcy court, Chapter 11, Deutsche Bank, Jill Haynes, Red Rock Resort, Station Casinos, Susquehanna Financial Group, Virgina McDowell
> RSS 2.0 feed. Leave a response, or trackback.

## One Response to "Isle





### of Capri could run Station Casinos"

1. *Paula Desormeaux* Says:
   March 14th, 2010 at 4:40 pm

   I was wondering if I could use my Isle of Capri card at any of the casinos in Vegas? If so Which ones?

## Leave a Reply

Name

Mail (will not be published)

Website

Submit Comment



Copyright © 2010, Southern Gaming and Destinations. ALL RIGHTS RESERVED.
Southern Gaming and Destinations Magazine encourages you to gamble responsibly. If you or someone you know has a gambling problem, please call 1-888-777-9696. In addition, the information and content on this web-site is for informational purposes only and not to be used in violation of any federal, state or local laws.
Subscribe to RSS Feed

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:        Text

Registration Number / Date:
                     TX0007145882 / 2010-05-26

Application Title: Earth hour.

Title:               Earth hour.

Appears in:          Las Vegas Review-Journal

Description:         Electronic file (eService)

Copyright Claimant:
                     Righthaven LLC, Transfer: By written agreement.

Date of Creation:    2010

Date of Publication:
                     2010-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Stephens Media LLC, employer for hire; Domicile: United
                        States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                     Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                        Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                        States, (702) 527-5900, dbrownell@righthaven.com

Copyright Note:      C.O. correspondence.

Names:               Stephens Media LLC
                     Righthaven LLC
```

================================================================================