J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel for Righthaven LLC*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney for Righthaven LLC*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>BISIG IMPACT GROUP, INC., a Kentucky for-profit corporation; and AARON FRISBEE, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0814-RLH-LRL<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Righthaven LLC ("Righthaven"), Bisig Impact Group, Inc. ("Bisig"), and Aaron Frisbee ("Mr. Frisbee"; collectively with Bisig known herein as the "Defendants"), by and through counsel of record, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of all claims asserted against the Defendants, with prejudice, in the above-captioned matter.

    On September 24, 2010, Righthaven and the Defendants entered into a settlement agreement (the "Agreement"), whereby the Defendants shall be released from all claims of copyright infringement in the above-entitled matter, upon full compliance with the terms of the

Agreement. However, the Defendants require sixty (60) days from the effective date of the settlement agreement to fully comply with the terms of the Agreement.

Therefore, Righthaven and the Defendants request this Court enter an Order dismissing the above-captioned matter, and retain jurisdiction of the matter pursuant to the terms of the settlement agreement.

Dated this fourteenth day of October, 2010.

| | |
|---|---|
| RIGHTHAVEN LLC | FREUND & BRACKLEY LLP |
| /s/ J. Charles Coons<br>J. Charles Coons, Esq.<br>9660 West Cheyenne Avenue, Suite 210<br>Las Vegas, Nevada 89129-7701<br>Attorney for Plaintiff | /s/ Craig A. Huber<br>Craig A. Huber, Esq.<br>427 North Camden Drive<br>Beverly Hills, CA 90210<br>Attorney for Defendants |

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE

]Dated this 15th day of October, 2010